ACCEPTED
03-15-00262-CV
7757334
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:46:06 AM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:46:06 AM
JEFFREY D. KYLE
Clerk

Shelby L. O'Brien
Direct: (512) 615-1225
sobrien@enochkever.com

November 10, 2015

Jeffrey D. Kyle
Clerk of the Court
Court of Appeals, 3rd District of Texas
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

Re:     Court of Appeals Number:    03-15-00262-CV
        Trial Court Case Number:    D-1-GN-14-000355

Style: *Texas Association of Acupuncture and Oriental Medicine v. Texas Board of Chiropractic Examiners and Yvette Yarbrough, Executive Director in her Official Capacity*; In the Third District Court of Appeals, Austin, Texas

Dear Mr. Kyle:

In response to your letter dated November 4, 2015, please be advised that Shelby L. O'Brien will present oral argument on behalf of Appellant, Texas Association of Acupuncture and Oriental Medicine, in the above-referenced cause on December 2, 2015.

Please let us know if you need additional information. Thank you.

Sincerely,

 /s/ Shelby L. O'Brien
Shelby L. O'Brien

cc:    Joe Thrash    *(via electronic service)*
       Attorney for Appellees

ENOCH KEVER PLLC     600 Congress Avenue, Suite 2800     p: 512.615.1200     enochkever.com
                     Austin, Texas 78701                 f: 512.615.1198